No. D–1515. IN RE DISBARMENT OF SIMONE. It is ordered that Robert F. Simone, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.